Deverie J. Christensen
Nevada Bar No. 6596
Stewart G. Brumbeloe
Nevada Bar No. 16813
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: stewart.brumbeloe@jacksonlewis.com

*Attorneys for Defendant*
*BestLife Holdings, Inc. dba Cenegenics*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENISHA SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BESTLIFE HOLDINGS, INC. dba CENEGENICS, a Delaware Corporation,<br><br>Defendant. | Case No.: 2:26-cv-01841-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kenisha Smith ("Plaintiff") and Defendant BestLife Holdings, Inc. dba Cenegenics ("Defendant"), by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of this action with each party to bear its own attorneys' fees and costs.

DATED this 23rd day of October, 2026.

GREENBERG GROSS LLP

*/s/Jorge "Coco" Padilla*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No.16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Kenisha Smith*

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
DEVERIE J. CHRISTENSEN
Nevada Bar No. 6596
STEWART G. BRUMBELOE
Nevada Bar No. 16813
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant BestLife Holdings, Inc. dba Cenegenics*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party to bear its own attorneys' fees and costs.

The Clerk of Court is kindly directed to close this case.

**DATED** this 23 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT